## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:

     DAVID A ISAACSON
     CAROL M ISAACSON
         Debtor(s)

Case No. 07-20912

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/08/2007.

2) The plan was confirmed on 02/01/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 12/05/2012.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $52,800.00.

10) Amount of unsecured claims discharged without payment: $71,740.47.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $30,540.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$30,540.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,374.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,531.85 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,905.85** |

Attorney fees paid and disclosed by debtor: $1,126.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAMS LIC | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| AAVID A ASCHER DDS | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| ACHIEVE ORTHO REHB INSTITUTE | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL CTR | Unsecured | 5,543.31 | 2,126.16 | 2,126.16 | 658.48 | 0.00 |
| AMB ANESTHESIOLOGISTS OF CHIC | Unsecured | 1,191.68 | NA | NA | 0.00 | 0.00 |
| AR CONCEPTS | Unsecured | 913.00 | NA | NA | 0.00 | 0.00 |
| BARRINGTON ORTHOPEDIC | Unsecured | 1,848.40 | 1,908.40 | 1,908.40 | 672.35 | 0.00 |
| BARTLETT EYECARE CENTER | Unsecured | 188.60 | NA | NA | 0.00 | 0.00 |
| BARTLETT PHYSICAL THERAPY | Unsecured | 179.79 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 199.19 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 831.47 | 956.50 | 956.50 | 336.98 | 0.00 |
| CHASE HOME EQUITY | Secured | NA | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 589.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 8,278.48 | 8,556.00 | 8,556.00 | 3,014.36 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 123.63 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOC | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE RADIOLOGISTS | Unsecured | 8.70 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 270.00 | 250.00 | 250.00 | 88.08 | 0.00 |
| EAST BAY FUNDING | Unsecured | 702.18 | 779.22 | 779.22 | 274.53 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 1,359.59 | 1,426.96 | 1,426.96 | 502.73 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 13,349.47 | 13,798.55 | 13,798.55 | 4,861.37 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 13,811.02 | 14,185.69 | 14,185.69 | 4,997.76 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 4,896.00 | 5,053.77 | 5,053.77 | 1,780.49 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 4,295.37 | 4,295.37 | 4,295.37 | 1,513.30 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 2,010.11 | 2,010.11 | 2,010.11 | 708.18 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,007.60 | 1,055.65 | 1,055.65 | 371.92 | 0.00 |
| HINSDALE ANES ASSOC LTD | Unsecured | 320.86 | NA | NA | 0.00 | 0.00 |
| HINSDALE HOSPITAL | Unsecured | 2,941.13 | NA | NA | 0.00 | 0.00 |
| HINSDALE SURGICAL CENTER | Unsecured | 139.32 | NA | NA | 0.00 | 0.00 |
| IPC OF ILLINOIS | Unsecured | 25.14 | NA | NA | 0.00 | 0.00 |
| IPC OF ILLINOIS | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JP MORGAN CHASE BANK NA | Secured | 1,659.40 | 1,659.40 | 1,659.40 | 1,659.40 | 0.00 |
| JP MORGAN CHASE BANK NA | Secured | NA | NA | NA | 0.00 | 0.00 |
| MASSARD FOOT & ANKLE CLINIC | Unsecured | 2,784.00 | NA | NA | 0.00 | 0.00 |
| MEA AEA LLC | Unsecured | 669.87 | NA | NA | 0.00 | 0.00 |
| MEDICAL CENTER ANESTHESIA | Unsecured | 130.40 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST PHYSICAL & HAND THERA | Unsecured | 340.56 | NA | NA | 0.00 | 0.00 |
| MIDWEST SPORTS MEDICINE | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| NEOPATH S C | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS MEDICAL CTR | Unsecured | 139.43 | 139.43 | 139.43 | 49.12 | 0.00 |
| NORTHWEST DIAGNOSTIC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| NW SUBURBAN IMAGING CONSULTA | Unsecured | 395.10 | NA | NA | 0.00 | 0.00 |
| PAIN SPECIALIST OF CHICAGO | Unsecured | 40.51 | NA | NA | 0.00 | 0.00 |
| PERSONAL GROWTH ASSOC | Unsecured | 269.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,097.19 | 2,188.06 | 2,188.06 | 770.88 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 9,228.58 | 9,511.40 | 9,511.40 | 3,350.96 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,591.11 | 1,708.37 | 1,708.37 | 601.88 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 196.55 | NA | NA | 0.00 | 0.00 |
| RADIOLOGICAL CON OF WOODSTOC | Unsecured | 373.90 | NA | NA | 0.00 | 0.00 |
| SALT CREEK SURGERY CENTER | Unsecured | 515.62 | NA | NA | 0.00 | 0.00 |
| SALT CREEK SURGERY CENTER | Unsecured | 851.75 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 4,192.71 | NA | NA | 0.00 | 0.00 |
| SMART DOCUMENT SOLUTIONS | Unsecured | 34.47 | NA | NA | 0.00 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Unsecured | NA | 1,095.81 | 1,095.81 | 386.06 | 0.00 |
| STAT ANESTHESIA PC | Unsecured | 396.00 | NA | NA | 0.00 | 0.00 |
| UNITED ANESTHESIA ASSOC | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| WHEATON EYE CLINIC | Unsecured | 100.25 | 100.25 | 100.25 | 35.32 | 0.00 |
| WILLIAM CZAMECKI DPM | Unsecured | 5,993.04 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,659.40 | $1,659.40 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,659.40** | **$1,659.40** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$71,145.70** | **$24,974.75** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,905.85 |
| Disbursements to Creditors | $26,634.15 |
| **TOTAL DISBURSEMENTS** : | **$30,540.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/11/2013                     By: /s/ Glenn Stearns

                                             Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**